EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
JULIE ZATZ
Assistant United States Attorney
California Bar Number: 155560
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7349
    Facsimile: (213) 894-7819
    Email: Julie.Zatz@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GEOFFREY CLARK,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | NO. CV 14-2414 CBM (SPx)<br><br>**ORDER DISMISSING ACTION**<br><br>[JS-6] |

1     The parties having filed a Stipulation for Compromise Settlement, IT IS
2 HEREBY ORDERED that this action is dismissed with prejudice, each side to bear
3 its own costs.

    DATED: January 19, 2016


_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1